■ In the Matter of RONALD V. NUCCELLI, Petitioner, v HAROLD J. STILES, as Wayne County Court Judge, Respondent. —Proceeding unanimously dismissed, without costs, upon stipulation. (Article 78.) Present—Dillon, P. J., Denman, Green, O'Donnell and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH HULSIZER, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Wayne County Court, Stiles, J.—attempted burglary, third degree.) Present—Dillon, P. J., Callahan, Doerr, Denman and Pine, JJ.

■ ROCHESTER GAS & ELECTRIC CORPORATION, Respondent-Appellant, v COUNTY OF MONROE, Appellant-Respondent.—Appeals unanimously dismissed, without costs *(see, Ellingsworth v City of Watertown,* 113 AD2d 1013; *Gastel v Bridges,* 110 AD2d 146). (Appeals from order of Monroe County Court, Celli, J.—summary judgment.) Present—Dillon, P. J., Callahan, Doerr, Denman and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE MATHIBEE, Appellant.—Application of appellant's counsel granted and appeal unanimously dismissed. Memorandum: It appears that defendant has abandoned his appeal and thus assigned counsel's application to dismiss is granted. (Appeal from judgment of Wyoming County Court, Conable, J. —burglary, third degree.) Present—Doerr, J. P., Boomer, Green, O'Donnell and Schnepp, JJ.